LUTHER EDWARD EASLEY,    )
               )
    Plaintiff,       )
               )
v.             )  No.  2:21-CV-076-DCLC-CRW
               )
TONYA WHEAT, WASHINGTON  )
COUNTY DETENTION CENTER,   )
CHRIS LOWE, LEIGHTA LIGHTNING, )
THE STATE OF TENNESSEE, THE  )
CITY OF JONESBOROUGH, and   )
CAPTAIN HENSLEY,      )
               )
    Defendant.     )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

6. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk is **DIRECTED** to close the file.

SO ORDERED.

ENTER :

s/Clifton L. Corker
United State District Judge


ENTERED AS A JUDGMENT

*s/John Medearis*
CLERK OF COURT

2